KENNETH ROBINSON, AN INFANT BY HIS PARENT AND GUARDIAN *AD LITEM*, ERNESTINE ROBINSON, *ET AL*, PLAINTIFFS-RESPONDENTS, v. WILLIAM T. CAHILL, GOVERNOR OF THE STATE OF NEW JERSEY, *ET AL*, DEFENDANTS-APPELLANTS.

July 9, 1976.

ORDER

In view of the enactment of legislation which will permit full funding of the Public School Education Act of 1975, the injunction issued by this Court on May 13, 1976, 70 *N. J.* 155, is dissolved.